UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY SMITH,<br>　　　　Plaintiff,<br><br>v.<br><br>CDM CORP.,<br>　　　　Defendant. | CIVIL ACTION NO. 04-11944NMG |

## NOTICE OF APPEARANCE

Please enter our appearance as counsel for the CDM Corp. in this matter.

　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　CDM CORP.
　　　　　　　　　　　　By its attorney,


　　　　　　　　　　　　/s/ Stephen T. Paterniti
　　　　　　　　　　　　Stephen T. Paterniti, BBO #564860
　　　　　　　　　　　　JACKSON LEWIS LLP
　　　　　　　　　　　　75 Park Plaza
　　　　　　　　　　　　Boston, MA  02116
　　　　　　　　　　　　(617) 367-0025

Date: November 3, 2004