UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY SMITH,<br>        Plaintiff,<br><br>v.<br><br>CDM CORP.,<br>        Defendant. | CIVIL ACTION NO. 04-11944NMG |

## ASSENTED TO MOTION OF CDM CORP. TO EXTEND DEADLINE FOR RESPONSE TO COMPLAINT

Defendant CDM Corp., ("CDM") hereby moves this Court for an extension through and including Wednesday, November 17, 2004 for CDM to file a pleading in response to Plaintiff's Complaint. CDM requests this extension to allow recently retained counsel time to investigate Plaintiff's allegations and prepare a response. Plaintiff assents to this motion.

Respectfully submitted,

CDM CORP.
By its attorney,

/s/ Stephen T. Paterniti
Stephen T. Paterniti, BBO #564860
JACKSON LEWIS LLP
75 Park Plaza
Boston, MA  02116
(617) 367-0025

ASSENTED TO:

/s/ Edward N. Garno
Edward N. Garno
13 Hurd Street
Lowell, MA  01852

Date:  November 3, 2004