## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY SMITH,<br>           Plaintiff,<br><br>v.<br><br>CDM CORP.,<br>           Defendant. | CIVIL ACTION NO. 04-11944NMG |

### CORPORATE DISCLOSURE STATEMENT OF DEFENDANT CDM CORP.

Defendant CDM Corp. ("CDM") is a corporation organized under the laws of the State of Massachusetts. CDM does not have a parent company. Further, no publicly held company owns 10% or more of CDM's stock.

                                                    Respectfully submitted,

                                                    CDM CORP.
                                                    By its attorney,


                                                    /s/ Stephen T. Paterniti
                                                    Stephen T. Paterniti, BBO #564860
                                                    JACKSON LEWIS LLP
                                                    75 Park Plaza
                                                    Boston, MA  02116
                                                    (617) 367-0025

Date:  November 24, 2004