UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFREY SMITH,
        Plaintiff,

v.

CDM CORP.,
        Defendant.

CIVIL ACTION NO. 04-11944NMG

## DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION

Defendant CDM Corporation and the undersigned counsel for Defendant, in accordance with Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, hereby certify that they have conferred:

    a.    with a view to establishing a budget for the cost of conducting the full course - and various alternative courses of this litigation; and

    b.    to consider the resolution of this case through the use of alternative dispute resolution programs, such as those outlined in Local Rule 16.4.

_____
Stephen T. Paterniti, BBO #564860
Jackson Lewis LLP
Attorney for Defendant

_____
Lynn Ciminello
CDM Corporation

Dated: April 8, 2005