UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY SMITH,<br>        Plaintiff,<br><br>v.<br><br>CDM CORP.,<br>        Defendant. | CIVIL ACTION NO. 04-11944NMG |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The parties submit this Joint Statement Regarding Pretrial Schedule pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts and the Court's Notice of Scheduling Conference. The parties agree and request that the Court approve the following Proposed Pretrial Schedule and Discovery Plan:

### Proposed Pretrial Schedule and Discovery Plan

| | |
|---|---|
| May 15, 2005 | Initial Disclosures |
| July 15, 2005 | Status Conference |
| October 1, 2005 | Plaintiff to disclose his experts and expert reports |
| December 1, 2005 | Defendant to disclose its experts and expert reports |
| December 31, 2005 | Deadline for completion of all fact discovery, including requests for production of documents, interrogatories and depositions |
| February 15, 2006 | Deadline for filing dispositive motions, if either party determines that such a motion is appropriate. A moving party may file a reply to the opposition of the responding party. |
| April, 2006 | Trial Ready |

## SETTLEMENT

Defendant has received a written settlement demand from Plaintiff's counsel, in accordance with Local Rule 16.1.

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The parties affirm that they have conferred with their clients with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation, and to consider the resolution of this action through alternative dispute procedures, such as those outlined in Local Rule 16.4. Certifications required by Local Rule 16.1(D)(3) shall be filed separately.

## TRIAL BEFORE A MAGISTRATE JUDGE

The parties do not consent at this time to a trial before a Magistrate Judge.

WHEREFORE, Plaintiff and Defendant respectfully request that the Court approve their Proposed Pretrial Schedule and Discovery Plan, with such amendments as the Court deems just and proper.

|  |  |
|---|---|
| JEFFREY SMITH,<br>By his attorney, | Respectfully submitted,<br><br>CDM CORPORATION<br>By its attorneys, |
| /s/ Edward N. Garno<br>Edward N. Garno, BBO#564378<br>592 Essex Street<br>Lawrence, MA 01840<br>(978) 687-7805 | /s/ Stephen T. Paterniti<br>Stephen T. Paterniti, BBO #564860<br>Jackson Lewis LLP<br>75 Park Plaza<br>Boston, MA 02116<br>(617) 367-0025 |

Dated: April 8, 2005